IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

HENRY RODRIGUEZ FERNANDEZ

DEBTOR

CASE NO. 16-00660/BKT

CHAPTER 13

### DEBTOR'S MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM 2016 TAX REFUND

TO THE HONORABLE COURT:

**NOW COMES, HENRY RODRIGUEZ FERNANDEZ,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor's confirmed Plan dated August 8, 2016 provides that debtor's tax refunds will be paid into the Plan.

2. The Debtor has received their 2016 tax refund in the sum of $844.00. Attached is evidence of the check, dated February 18, 2018, issued by the Puerto Rico Treasury Department.

3. The Debtor respectfully submits to the Court that he needs to use these funds to pay for: medical expenses. Attached is a copy of the medical expenses estimates/invoices.

4. The Debtor needs to use the funds from the 2016 "tax refund' to pay for these reasonable expenses. Furthermore, the Debtor is living within a very "tight" budget which barely covers his living expenses and a Plan payment of $260.00.

5. Based on the above-stated, the Debtor respectfully requests this Court to Order the authorization of the use of these funds to allow the Debtor to pay for these expenses with his "tax refund".

Page – 2-
Debtor's Motion Requesting Order
Case no. 16-00660/BKT13

**WHEREFORE**, Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2016 tax refund by the Debtor to pay for the above-stated expenses.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Henry Rodríguez Fernandez, to his address of record: HC 10 Box 49143, Caguas, PR 00725.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 22nd day of February, 2018.

   */s/ Roberto Figueroa Carrasquillo*
   ROBERTO FIGUEROA CARRASQUILLO
   USDC #203614
   ATTORNEY FOR PETITIONERS
   PO BOX 186 CAGUAS PR 00726
   TEL NO 787-744-7699 FAX 787-746-5294
   Email: rfigueroa@rfclawpr.com

16-00660

| FECHA | NUMERO DE COMPROBANTE | DESCRIPCION/CONTRATO | FACTURA/OPE | IMPORTE DEL COMPROBANTE |
|---|---|---|---|---|
| 12/02/18 | 000014 | REINT 2016 | ----- | $******844.00 |

| 19322475 | DIA | MES | AÑO |
|---|---|---|---|
| NUMERO DE CHEQUE | 12 | 02 | 18 |
| | FECHA EMISION | | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO

RETENGA ESTE TALON
PARA SUS RECORDS.

---

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Modelo SC 784.3
31-ENERO-2006

VOID  VOID  VOID

GOBIERNO DE PUERTO RICO - HACIENDA

REINT 2016

| DIA | MES | AÑO | DIA | MES | AÑO | |
|---|---|---|---|---|---|---|
| 12 | 02 | 18 | 12 | 08 | 18 | 19322475 |
| FECHA EMISION | | | VENCE EN | | | NUMERO DE CHEQUE |

IMPORTE
$********844.00

OCHOCIENTOS CUARENTA Y CUATRO DOLARES CON NO/100

HENRY RODRIGUEZ FERNANDEZ Y
MARIA D DIAZ SOTO


BANCO POPULAR.


SECRETARIO DE HACIENDA

⑈193224750⑈ ⑆021502011⑆ 030⑈04948 2⑈

**FERNANDO JIMENEZ SEDA**
**PMB 51**
**53 AVE ESMERALDA SUITE 2**
**GUAYNABO, PR 00969-4461**
**Tel. 787/743-7777**

Fecha: 02/15/2018          Recibo de Servicios y Pagos          Pagina: 1
Hora: 15:48:04       Para el dia: 05/03/2017   Hasta: 02/15/2018

Paciente: MARIA DE LOS DIAZ SOTO   RP6858

| Fecha | Codigo | Descripcion | Diente | Cargos | Transferido del Plan | Pagos | Balance |
|---|---|---|---|---|---|---|---|
| | | Bal. Anterior | | | | | 0.00 |
| 05/03/2017 | D0150 | COMPREHENSIVE ORAL EVALUATION | | 30.00 | 0.00 | | 30.00 |
| 05/03/2017 | 0 | Pago del paciente | | 0 | 0.00 | -30.00 | 0.00 |
| 05/31/2017 | 9 | CONTINUIDAD DE TRATAMIENTO | | 1300.00 | 0.00 | | 1300.00 |
| 05/31/2017 | 0 | Pago del paciente | | 0 | 0.00 | -325.00 | 975.00 |
| 07/12/2017 | 9 | CORONAS 7-10 | | 1300.00 | 0.00 | | 2275.00 |
| 07/12/2017 | 0 | Pago del paciente | | 0 | 0.00 | -325.00 | 1950.00 |
| 08/02/2017 | 0 | Pago del paciente | | 0 | 0.00 | -325.00 | 1625.00 |
| 09/02/2017 | 0 | Pago del paciente | | 0 | 0.00 | -325.00 | 1300.00 |
| | | Total del paciente | | 2630.00 | 0.00 | -1330.00 | 1300.00 |

Autorizado por _____

Firma del Paciente _____

Fecha proxima cita:  /  /