## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**HENRY RODRIGUEZ FERNANDEZ**<br>**aka HENRY RODRIGUEZ**<br><br>xxx–xx–8983<br><br>Debtor(s) | Case No. **16–00660 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 3/12/18 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion requesting entry of order RE Authorization to Use Funds from 2016 Tax Refund filed by Debtor, docket #34.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, March 12, 2018 .

*Brian K. Tester*
United States Bankruptcy Judge