**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br>HENRY RODRIGUEZ FERNANDEZ<br><br>XXX-XX-8983<br><br><br>    DEBTOR (S) | CASE NO.:16-00660-BKT<br><br>CHAPTER 13 |

STANDING CHAPTER 13 TRUSTEE'S REPORT OF DEBTOR(S) PLAN
COMPLETION AND THE COMPLIANCE WITH § 1328 DISCHARGE REQUIREMENTS

TO THE HONORABLE COURT:

   NOW COMES José R. Carrión, Standing Chapter 13 Trustee, and very respectfully reports:

   Debtor(s) has/have completed all payments under the confirmed or approved modified plan or has/have completed the payment of all allowed unsecured claims in full.

   Be advised that a Final Report & Account will be filed as soon as practicable as required by §§ 1302(b)(1) and 704(a)(9) to allow the Court to close the case pursuant to § 350(a) and Fed.R.Bankr.P. Rule 5009(a).

   Be advised that Section 1328(a) provides that after debtor'(s') completion of plan the payments and her/his/their certification that there are no outstanding debts related to Domestic Support Obligations (DSO), the Court shall grant the debtor(s) a discharge of "all debts provided for by the plan…" after compliance with subsections (g)(1), (f) and (h).

COMPLIANCE WITH § 1328(g)(1) & FED.R.BANKR.P. RULE 1007(b)(7)
[Instructional Course]

   Debtor(s) has/have not filed with the court a certification of completing an instructional course concerning personal financial management, in compliance with § 1328(g)(1) and Fed.R.Bankr.P. Rule 1007(b)(7). No certification was required pursuant to the Unites States Trustee's Temporary WAIVER related to the effects of Hurricanes Irma and Maria in effect at the time of plan completion.

COMPLIANCE WITH § 1328(a) & LBR 3015-3(k)-(DSO)

   Debtor(s) is/are not required to file a certification in compliance with § 1328(a) and LBR 3015-3(k), affirming that there are no outstanding support obligations debt.

COMPLIANCE WITH § 1328(f) - (PRIOR DISCHARGES)

According to the case record the debtor(s) has/have not received a discharge under Chapters 7, 11, or 12 during the 4-year period preceding this case petition date.

COMPLIANCE WITH § 1328(h) & FED.R.BANKR.P. RULE 1007(b)(8)

Section 522(q)(1) is not applicable, not withstanding Debtor(s) claimed exemptions under local law, pursuant to § 522(b)(2), they did not exceed aggregate limits described in § 522(q)(1).

Upon information and believe there is/are no pending proceeding(s) in which the debtor(s) may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

CONCLUSION

The above described would support a Court's finding, after notice and a hearing held 10 days prior to entering the order [11 USC § 1328(h)], that debtor(s) is/are entitled to a Chapter 13 Discharge.

WHEREFORE the Standing Chapter 13 Trustee respectfully submits the information in this Report for the Court's consideration in granting or not a Chapter 13 Discharge to the debtor(s) in this case.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to:the DEBTOR(s) and to all parties in interest by first class mail to their address of record, and also to her/his/their attorney by first class mail, if not a ECFS register user.

In San Juan, Puerto Rico this June 19, 2020.

/s/ Jose R. Carrion

JOSE R. CARRION CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902
Tel (787)977-3535 FAX (787)977-3550

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | HENRY RODRIGUEZ FERNANDEZ<br>HC 10 BOX 49143<br>CAGUAS, PR 00725 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | CLARO (CINGULAR)<br>PO BOX 360998<br>SAN JUAN, PR 00936-0998 |
| EMP BERRIOS FINANCIERA - CAGUAS I<br>PO BOX 674<br>CIDRA, PR 00739 | MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT<br>PO BOX 2011<br>WARREN, MI 48090 |
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT<br>PO BOX 2011<br>WARREN, MI 48090 | MILITARY STAR<br>3911 S WALTON BLVD<br>DALLAS, TX 75236 |
| THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | |

DATED: June 19, 2020

CAROLINE MARTINEZ
OFFICE OF THE CHAPTER 13 TRUSTEE